UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



In Re: BEXTRA/CELEBREX : MDL NO. 1699
PRODUCTS LIABILITY LITIGATION

This Document Relates To:
Irene Bailey, et al v. Pfizer Inc.
(3:05-cv-03806-CRB)

## ORDER

It is ordered that the plaintiff, Laura Kluth, be granted motion for voluntary dismissal of her action, without prejudice, individually, from case captioned Irene Bailey, et al v. Pfizer Inc.

GRANTED / ~~DENIED~~

JUDGE/CLERK