```
STRATTON FAXON
59 Elm Street
New Haven, Connecticut 06510
T 203.624.9500
F 203.624.9100


Attorneys for Plaintiff, Carol Howland
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 05-CV-1699-CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Irene Bailey et al., v. Pfizer, Inc., MDL No. 05-3806: <u>Plaintiff Carol Howland</u> | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, CAROL HOWLAND, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

DATED: Feb 5, 2007        STRATTON FAXON

By: _____
Michael Stratton
Attorneys for Plaintiff, Carol Howland

DATE: 2/6, 2007           DLA PIPER US LLP

By: _____
Matthew Lepore
Attorneys for Defendants, Pfizer Inc.

DATED: 2/5, 2007          GORDON & REES LLP

By: _____
Stuart M. Gordon
Attorneys for Defendants, Pfizer Inc.

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Feb. 12, 2007

_____
Hon. Charles R. Breyer
United States District

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE