1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

12
13
14
15
16
17
18
19
20

| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 3:05-cv-03806<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
|---|---|
| Muriel Norris,<br>　　　　　　　Plaintiff,<br>　　　vs.<br>Pfizer, Inc., et al.<br>　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

21   　　　Come now the Plaintiff, MURIEL NORRIS, and Defendants, by and through the
22   undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
23   stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys'
24   fees and costs.
25
26
27
28

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

| | | |
|---|---|---|
| 1 | DATED: 4-19, 2007 | STRATTON FAXON FIRM |
| 2 | | |
| 3 | | By: _____ |
| 4 | | MICHAEL A. STRATTON<br>59 Elm Street<br>New Haven, Connecticut 06510 |
| 5 | | Telephone: 203-624-9500<br>Attorney for Plaintiff, Muriel Norris |

DATED: 4/24, 2007    IRWIN FRITCHIE URQUHART & MOORE LLC

By: _____
QUENTIN F. URQUHART, JR.
CAMALA E. CAPODICE
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
Attorneys for Defendants

DATED: 4/24, 2007    GORDON & REES LLP

By: _____
STUART M. GORDON
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Attorney for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: April 25, 2007    _____
Hon. Charles R. Breyer
United States District Court

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE