1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 05-3806 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Irene Bailey, et al v. Pfizer, Inc.<br>MDL No. 05-3806: <u>Plaintiff Sylvia Hendrickson, Administratrix of the Estate of Edward Hendrickson</u> | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff, SYLVIA HENDRICKSON, ADMINISTRATRIX OF THE ESTATE OF EDWARD HENDRICKSON, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1
2
3
4
5

DATED: 5/3, 2007        STRATTON FAXON

By: _____
    Michael A. Stratton
    Attorney for Plaintiff, Sylvia Hendrickson

6
7
8
9

DATED: 5/6, 2007        GORDON & REES

By: _____
    Stuart M. Gordon
    Attorneys for Defendants

10
11
12
13

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

14
15

Dated: May 9, 2007      _____
                        Hon. Charles R. Breyer
                        United States District Court

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

16
17
18
19
20
21
22
23
24
25
26
27
28

PFZR/1035934/1207725v.1

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**