UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number: 3:05cv-03806-CRB <br><br> MDL NO. 1699 <br> District Judge: Charles R. Breyer |
| Irene Bailey, et al <br>                 Plaintiffs, <br> vs. <br> Pfizer, Inc., et al. <br>                 Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the following Plaintiffs STEPHEN MORIARTY, JANICE REYNOLDS, ELAINE REYNOLDS AS POWER OF ATTORNEY FOR JANICE REYNOLDS, GEORGE SHALLY, JENNIFER SHIELDS, HENRY SYSKOWSKI, DAVID TIGANELLO, ALICIA PACHECO, FAITH VANDUZER, IRENE BAILEY, ROSEMARIE FERRARO, CYNTHIA HAWK, EDWARD HENDRICKSON, SYLVIA HENDRICKSON AS ADMINISTRATRIX OF THE ESTATE OF EDWARD HENDRICKSON AND SYLVIA HENDRICKSON, INDIVIDUALLY, CAROL HOWLAND, JEANNE KOCH, GEORGE MILLER, NICHOLAS MASTROIANNI, BARBARA MCAULIFFE, SIMON WOHLMAN, SHEILA WOHLMAN, AS ADMINISTRATRIX OF THE ESTATE OF SIMON WOHLMAN AND SHEILA WOHLMAN, INDIVIDUALLY, GENOVEVA REYES, EDWARD PASKO AND SANDRA PASKO, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a)and hereby stipulate to the dismissal of this action ONLY to the above mentioned plaintiffs with prejudice with each side bearing its own attorneys' fees and costs.

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

DATED: May 6, 2009          By: _____

MICHAEL A. STRATTON, ESQ.
STRATTON FAXON
59 Elm Street
New Haven, CT 06510
Telephone: (203) 624-9500
Facsimile: (203) 624-9100
Attorneys for Plaintiffs

DATED: May 14, 2009         By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: May 19, 2009

Hon. Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE