|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

Case Specific Number: 3:05cv-03806-CRB

**MDL NO. 1699**
**District Judge: Charles R. Breyer**

Irene Bailey, et al
    Plaintiffs,
vs.
Pfizer, Inc., et al.
    Defendants.

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Come now the following Plaintiffs: **MURIEL NORRIS, PHILIP PARESE, ELAYNE SWANSON, LAURA KLUTH, CIRO DOMINQUEZ, CARMEN CURBELO, NYDIA MARTINEZ, ANDREA MENDOZA, ARNANDO MUNOS, ROMAN CONFESORA, BEVERLY TUBBS, ANTONIA BAIZAULI, DIGNA SARAVIA, VIRGINIA MATYKA, JOHN McCLELLAN, GUILLERMINIA ARROYO, JOHN WALTON** and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action ONLY to the above mentioned plaintiffs with prejudice with each side bearing its own attorneys' fees and costs.

DATED: April 28, 2009    By: _____

MICHAEL A. STRATTON, ESQ.
STRATTON FAXON
59 Elm Street
New Haven, CT 06510
Telephone: (203) 624-9500
Facsimile: (203) 624-9100
Attorneys for Plaintiffs

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

DATED: May 14, 2009    By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: May 19, 2009    _____
Hon. Charles R. Breyer
United States District Court



STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE